FILED
2015 Mar-18  PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **CARLOS JUAREZ FLORES** ) | **Case No. 2:15-mj-00538-HGD** |

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **DAVID GUADARAMA BUENAVENTURA** ) <br> a/k/a **LUIS DAVID GUADARAMA RUBI** ) | **Case No. 2:15-mj-00539-HGD** |

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **ERIC GUADARAMA RUBI** ) | **Case No. 2:15-mj-00540-HGD** |

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **JORGE GANTE** ) | **Case No. 2:15-mj-00541-HGD** |

## FINDING OF PROBABLE CAUSE

Based on the testimony at the preliminary hearing held in this matter on March 13, 2015, including testimony that each of the above-referenced defendants

was involved in some respect in the distribution of twenty-two (22) kilograms of cocaine, the undersigned magistrate judge finds that there is probable cause to believe each defendant has committed an offense in violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute in excess of five (5) kilograms of cocaine.

DONE this 18th day of March, 2015.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE