FILED
2015 Mar-18 PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-mj-00538-HGD |
| | ) | |
| **CARLOS JUAREZ FLORES** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-mj-00539-HGD |
| | ) | |
| **DAVID GUADARAMA BUENAVENTURA** | ) | |
| a/k/a **LUIS DAVID GUADARAMA RUBI** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-mj-00540-HGD |
| | ) | |
| **ERIC GUADARAMA RUBI** | ) | |

_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. 2:15-mj-00541-HGD |
| | ) | |
| **JORGE GANTE** | ) | |

## **FINDING OF PROBABLE CAUSE**

Based on the testimony at the preliminary hearing held in this matter on March 13, 2015, including testimony that each of the above-referenced defendants

was involved in some respect in the distribution of twenty-two (22) kilograms of cocaine, the undersigned magistrate judge finds that there is probable cause to believe each defendant has committed an offense in violation of 21 U.S.C. § 846, conspiracy to possess with the intent to distribute in excess of five (5) kilograms of cocaine.

DONE this 18th day of March, 2015.

                                                                   /s/ Harwell G. Davis
                                                                   HARWELL G. DAVIS, III
                                                         UNITED STATES MAGISTRATE JUDGE